FILED
MISSOULA, MT

2007 AUG 1 PM 4 26

PATRICK E. DUFFY

BY _____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| RICHARD JON RING,<br><br>       Petitioner,<br><br>  vs.<br><br>MISSOULA COUNTY DETENTION CENTER;<br>ATTORNEY GENERAL OF THE STATE OF<br>MONTANA,<br><br>       Respondents. | CV 07-79-M-DWM-JCL<br><br><br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered
Findings and Recommendations in this matter on June 20, 2007, in
which he recommends dismissal of the Petition as moot because
Petitioner Ring has been released from custody and suffers no
significant collateral consequences following his arrest.  See
Spencer v. Kemna, 523 U.S. 1, 12 (1998).

Ring did not timely object and so has waived the right to de
novo review of the record.  28 U.S.C. § 636(b)(1).  This Court
will review the Findings and Recommendation for clear error.
McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d
1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is
left with a "definite and firm conviction that a mistake has been

-1-

committed." <u>United States v. Syrax</u>, 235 F.3d 422, 427 (9th Cir.
2000).  I can find no clear error with Judge Lynch's
recommendation and therefore adopt it in full.

Accordingly, IT IS HEREBY ORDERED that the Petition for Writ
of Habeas Corpus is DISMISSED as moot, and that a certificate of
appealability is DENIED.

DATED this ___ day of August, 2007.

_____
Donald W. Molloy, Chief Judge
United States District Court